## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) CRIMINAL NO. 04-30054-01-GPM |
| **MARTIN LOPEZ,** | ) ) ) |
| **Defendant.** | ) ) |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

This matter is before the Court on the Government's petition, pursuant to 18 U.S.C. § 3573, for remission of the unpaid portion of the fine imposed in this case (Doc. 99). In the interest of justice, based upon the Government's showing that reasonable efforts to collect the fine are not likely to be effective, the Government's petition is **GRANTED**. Accordingly, the unpaid portion of the fine imposed against Defendant in the amount of **$151.00** is **REMITTED** pursuant to 18 U.S.C. § 3573.

**IT IS SO ORDERED.**

DATED: 07/07/09

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge